DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BLANTON

No. 572P95

Case below: 121 N.C.App. 220

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

STATE v. COTHRAN

No. 502P95

Case below: 120 N.C.App. 633

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

STATE v. CROSS

No. 118P96

Case below: 121 N.C.App. 788

Motion by Attorney General for temporary stay allowed 22 March 1996.

STATE v. CRUMMY

No. 512P95

Case below: 120 N.C.App. 647

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 April 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

STATE v. FLOWERS

No. 67P96

Case below: 121 N.C.App. 299

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 April 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.